The People of the State of New York ex rel. John J. Hahn et al., Respondents, *v.* The Republican County Committee of the County of New York, Appellant.

*People ex rel. Hahn* v. *Republican County Committee,* 124 App. Div. 427, affirmed.
(Argued May 18, 1908; decided June 2, 1908.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 25, 1908, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to restore the relators to its roll as members of the Republican county committee of the county of New York.

*Horace E. Parker* for appellant.

*Lemuel E. Quigg* and *Charles W. Coleman* for respondents.

Order affirmed, with costs; no opinion.

Concur: Cullen, Ch. J., Gray, Vann, Werner, Willard Bartlett, Hiscock and Chase, JJ.